UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY E. SWINSON,<br><br>                                Plaintiff,<br><br>                    -against-<br><br>CITY OF NEW YORK; JANE DOE, NYCDOCCS MAILROOM OFFICER; JOHN DOE, NYCDOCCS MAILROOM OFFICER; JANE DOE, NYCDOCCS MAILROOM OFFICER; WARDEN, MDC,<br><br>                                Defendants. | 20-CV-2694 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 21, 2020
             New York, New York

                                                                    _____
                                                                              Louis L. Stanton
                                                                                  U.S.D.J.